IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01385-WJM-MEH

AMERICA'S HOME RETENTION SERVICES, and
JUAN DOE 1 THROUGH JUAN DOE 166,

    Plaintiffs,

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE E. CASTLE,
GOVERNMENT TECHNOLOGY SYSTEMS, (GTS),
ROBERT J. HOPP & ASSOCIATES LLC,
GARY GLENN,
ENTRAVISION/UNIVISION KCEC-TV,
CBS 4 NEWS KCNC-TV,
DENVER DISTRICT ATTORNEY, and
ROBERT J. HOPP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2012.**

    Pending before the Court are an Emergency Motion for Preliminary Injunctive Relief [filed May 29, 2012; docket #3] and a Motion for Expedited Hearing on Emergency Motion for Preliminary Injunctive Relief [filed May 30, 2012; docket #5]. Both motions are filed and signed by Alfonso Carrillo, who indicates he is representing America's Home Retention Services, Inc. ("AHRS"). (*See* dockets ##3 at 11, 5 at 2.) As noted by Judge Martinez, Plaintiff is not an attorney and is therefore not permitted to represent AHRS or any of the Juan Doe plaintiffs in this action. (Docket #9, 2-3.) Although Mr. Carrillo is permitted to represent himself, Judge Martinez dismissed his claims pursuant to *Younger v. Harris*, 401 U.S. 37 (1971). (Docket #9 at 5.) Because Mr. Carrillo is no longer a party to this lawsuit, and because he is not authorized to represent other plaintiffs in this action, both motions filed by Mr. Carrillo are **denied without prejudice**. Plaintiff AHRS may re-file the motions upon its compliance with Judge Martinez's May 31, 2012 Order requiring the entity to retain counsel on or before June 22, 2012. (Docket #9.)