**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1385-WJM-MEH

AMERICA'S HOME RETENTION SERVICES, *et al.*

    Plaintiffs,

v.

CASTLE, STAWIARSKI, LLC,
MR. LAWRENCE E. CASTLE,
GOVERNENT TECHNOLOGY SYSTEMS (GTS),
ROBERT J. HOPP & ASSOCIATES LLC.,
MR. GARY GLENN,
ENTRAVISION/UNIVISION KCEC-TV,
CBS 4 NEWS KCNC-TV, and
DENVER DISTRICT ATTORNEY

    Defendants.

---

**ORDER DISMISSING WITHOUT PREJUDICE AMERICA'S HOME RETENTION SERVICES, INC. FOR FAILURE TO OBTAIN COUNSEL**

---

On May 31, 2012, the Court ordered Plaintiff America's Home Retention Services, Inc. ("Plaintiff") to obtain counsel to represent it and warned Plaintiff that the failure to do so would result in dismissal of its claims. (ECF No. 9.) On Plaintiff's Motion, the Court granted Plaintiff additional time to locate and retain counsel. (ECF No. 52.) The deadline for Plaintiff to retain counsel was set for August 6, 2012 and Plaintiff was informed that no future requests for an extension would be granted absent a showing of extraordinary cause. (*Id.*)

To date, no counsel has appeared on behalf of Plaintiff. The Court has also not received any request for an extension of time to obtain counsel. As Plaintiff has been

repeatedly informed, a corporation can appear in court only through a licensed attorney. Accordingly, the Court ORDERS that all claims asserted by Plaintiff America's Home Retention Services, Inc. are DISMISSED WITHOUT PREJUDICE. Plaintiff America's Home Retention, Inc. is DISMISSED as a party from this action and shall be removed from the caption in all future filings.

Dated this 14th day of August, 2012.

BY THE COURT:

William J. Martínez
United States District Judge